**ROBERT LAMANUZZI , SBN 213673**
**Attorney at Law**
**2020 Tulare Street   Suite A**
**Fresno CA 93721**
**(559) 441-1979**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  NATHANIEL BREWER,  Defendant. | CASE NO.: 1:15-CR-00199  LJO-SKO  STIPULATION AND PROPOSED ORDER TO CONTINUE HEARING |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, ROBERT LAMANUZZI attorney for Defendant NATHANIEL BREWER, and KIMBERLY SANCHEZ, Assistant U.S. Attorney for Plaintiff, that the sentencing hearing currently scheduled for May 16, 2016 at 8:30 a.m., shall be continued until JUNE 6, 2016, at 8:30 a.m.

This continuance is necessary because parties need additional time to prepare for sentencing.  I will need time to have Mr. Brewer transported and file a sentencing memorandum on his behalf.

The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18

U.S.C. §3161(h)(7)(B)(iv).  .   The parties stipulate and agree that the interests of justice are served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).

Dated: May 10, 2016                     Respectfully submitted,

/s/ Robert Lamanuzzi
ROBERT LAMANUZZI
Attorney for Defendant,
NATHANIEL BREWER

Dated:  May 10, 2016

Respectfully submitted,

/s/ KIMBERLY SANCHEZ
KIMBERLY SANCHEZ
Assistant U.S. Attorney

**ORDER**

IT IS HEREBY ORDERED THAT the date set for hearing be continued to **JUNE 6, 2016, at 8:30 A.M.  It is noted that the grounds stated for this continuance, when distilled, are that Defense Counsel didn't get his work done in a timely manner.  That ground gives no reason for that failure.  Future requests for continuance require GOOD CAUSE.**

IT IS SO ORDERED.

Dated:  **May 12, 2016**          /s/ **Lawrence J. O'Neill  \_\_\_\_\_**

UNITED STATES CHIEF DISTRICT JUDGE