PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:15-CR-00199-JLT-SKO |
| Plaintiff, | MOTION TO DISIMISS SUPERVISED RELEASE VIOLATION; ORDER |
| v. | |
| NATHANIEL BREWER | |
| Defendants. | |

The United States moves to dismiss without prejudice the above-captioned supervised release violation filed July 15, 2024.

Dated: August 1, 2024                    Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By      /s/ Robert L. Veneman-Hughes
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED, that the above-captioned supervised release violation filed July 15, 2024, is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated:   **August 1, 2024**

_____
UNITED STATES DISTRICT JUDGE

Motion and Order to Dismiss                    1